IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER WILLIAMS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _1:07-cv-00714_____ |
| ) | |
| **UNIVERSAL MUSIC GROUP, INC.** ) | |
| ) | |
| and ) | |
| ) | |
| **AMARU ENTERTAINMENT, INC.** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please take notice that Natalie M. Koss, Esquire, DC Bar No. 489551, of the law firm of Henrichsen Siegel, P.L.L.C., 1101 Connecticut Avenue, NW, Suite 550, Washington, DC 20036, (202) 293-7766, hereby enters her appearance on behalf of Plaintiff Esther Williams in the above-captioned matter.

Respectfully submitted,

HENRICHSEN SIEGEL, PLLC

/s/ Natalie M. Koss
Natalie M. Koss, DC Bar No. 489551
1101 Connecticut Avenue, N.W.
Suite 550
Washington, D.C. 20036
(202) 293-7766 (telephone)
(202) 293-7778 (facsimile)

*Attorney for Plaintiff Esther Williams*

## CERTIFICATE OF SERVICE

I, Natalie M. Koss, hereby certify that a copy of the foregoing Notice of Appearance was served via CM/ECF and mailed, first class, postage prepaid on this 17 day of May 2007 to the following:

Scott H. Bauman, Esq.
Vice President, Litigation Counsel
Universal Music Group
2220 Colorado Avenue
Santa Monica, CA 90404

/s/Natalie M. Koss
Natalie M. Koss