IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS, )<br>)<br>       *Plaintiff*, )<br>v. )<br>)<br>UNIVERSAL MUSIC GROUP, INC. )<br>)<br>and )<br>)<br>AMARU ENTERTAINMENT, INC., )<br>)<br>       *Defendants*. )<br>) | Case No. 1:07-cv-00714-JDB<br>Judge John D. Bates |

**ENTRY OF APPEARANCE**

Pursuant to LCvR83.6(a), L. Barrett Boss and COZEN O'CONNOR hereby give notice of his entry of appearance on behalf of Defendant, Universal Music Group, Inc.

May 25, 2007

Respectfully submitted:

_____/s/_____
L. Barrett Boss
(DC Bar No. 398100)
Cozen O'Connor
1627 I Street, NW, Suite 1100
Washington, D.C., 20006
Telephone (202) 912-4818
Facsimile (866) 413-0172
BBoss@Cozen.com
*Counsel for Universal Music Group, Inc.*