IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS,<br><br>        *Plaintiff,*<br>v.<br><br>UNIVERSAL MUSIC GROUP, INC.<br><br>and<br><br>AMARU ENTERTAINMENT, INC.,<br><br>        *Defendants.* | Case No. 1:07-cv-00714-JDB<br>Judge John D. Bates |

### DEFENDANT'S CONSENT MOTION AND INCORPORATED MEMORANDUM OF LAW FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

COMES NOW the Defendant, Universal Music Group, Inc., through undersigned counsel, and moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time in which to file a responsive pleading to the complaint. In support thereof, the Defendant avers the following:

1. The Plaintiff filed a summons and complaint against Universal Music Group, Inc. on or about April 19, 2007.

2. Upon information and belief of counsel, service was accomplished on Defendant Universal Music Group, Inc. on or about May 8, 2007, though the docket does not so reflect.

3. The Plaintiff has consented to the Defendant's request to extend the deadline for filing a responsive pleading to the complaint by thirty (30) days from the date a response would have been due, to June 29, 2007.

WHEREFORE, the Defendant respectfully requests that this Honorable Court extend the deadline for filing a responsive pleading to the complaint by thirty (30) days, to June 29, 2007.

Dated:  May 25, 2006                    Respectfully submitted,


                                        _____/s/_____
                                        L. Barrett Boss
                                        (DC Bar No. 398100)
                                        Cozen O'Connor
                                        1627 I Street, NW, Suite 1100
                                        Washington, D.C., 20006
                                        Telephone (202) 912-4818
                                        Facsimile  (866) 413-0172
                                        BBoss@Cozen.com
                                        *Counsel for Universal Music Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNIVERSAL MUSIC GROUP, INC. )<br>)<br>and )<br>)<br>AMARU ENTERTAINMENT, INC., )<br>)<br>)<br>Defendants. )<br>_____) | Case No. 1:07-cv-00714-JDB<br>Judge John D. Bates |

## ORDER

This matter comes before the Court on Defendant Universal Music Group, Inc.'s Consent Motion and Incorporated Memorandum of Law for Extension of Time in Which to File an Answer or Otherwise Respond to the Complaint. For good cause shown, it is hereby ORDERED that:

The Defendant's motion is GRANTED; and further ORDERED that the Defendant's responsive pleading to the complaint is due on June 29, 2007.

                                                                               _____<br>
                                                                               Judge John D. Bates<br>
                                                                               United States District Judge

                                                                               Dated:_____

Copies to: All counsel of record