IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS,<br><br>        *Plaintiff,*<br>v.<br><br>UNIVERSAL MUSIC GROUP, INC.<br><br>and<br><br>AMARU ENTERTAINMENT, INC.,<br><br>        *Defendants.* | Case No. 1:07-cv-00714-JDB<br>Judge John D. Bates |

## ENTRY OF APPEARANCE

Pursuant to LCvR83.6(a), L. Barrett Boss and COZEN O'CONNOR hereby give notice of his entry of appearance on behalf of Defendant, Amaru Entertainment, Inc.

May 29, 2007

Respectfully submitted:

_____/s/_____
L. Barrett Boss
(DC Bar No. 398100)
Cozen O'Connor
1627 I Street, NW, Suite 1100
Washington, D.C., 20006
Telephone (202) 912-4818
Facsimile (866) 413-0172
BBoss@Cozen.com
*Counsel for Universal Music Group, Inc.*