IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS, )<br>)<br>        *Plaintiff,* )<br>v. )<br>)<br>UNIVERSAL MUSIC GROUP, INC. )<br>)<br>and )<br>)<br>AMARU ENTERTAINMENT, INC., )<br>)<br>)<br>        *Defendants.* )<br>_____) | Case No. 1:07-cv-00714-JDB<br>Judge John D. Bates |

**ENTRY OF APPEARANCE**

Pursuant to LCvR83.6(a), L. Barrett Boss and COZEN O'CONNOR hereby give notice of his entry of appearance on behalf of Defendant, Amaru Entertainment, Inc.

May 29, 2007                                         Respectfully submitted:


                                                                                             /s/
                                              L. Barrett Boss
                                              (DC Bar No. 398100)
                                              Cozen O'Connor
                                              1627 I Street, NW, Suite 1100
                                              Washington, D.C., 20006
                                              Telephone (202) 912-4818
                                              Facsimile (866) 413-0172
                                              BBoss@Cozen.com
                                              *Counsel for Amaru Entertainment, Inc.*