IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTHER WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07-cv-00714-JDB |
| v. | ) | |
| | ) | |
| UNIVERSAL MUSIC GROUP, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AMARU ENTERTAINMENT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND INCORPORATED STATEMENT
TO ADMIT BRIAN A. BLOOM *PRO HAC VICE***

L. Barrett Boss, a member of the bar of this Court, pursuant to District Court Local Rules 83.2 (c) and (d), moves for the admission *pro hac vice* of Brian A. Bloom to represent Defendants Universal Music Group, Inc. and Amaru Entertainment, Inc., as co-counsel in the above-captioned action. In further support of this Motion, counsel offers the accompanying statement of Brian A. Bloom incorporated herein by reference.

Respectfully submitted,

/s/
L. BARRETT BOSS
Bar No. 398100
Cozen O'Connor
1627 I Street, NW, Suite 1100
Washington, DC 20006
(202) 912-4818
(202) 912-4830 (Facsimile)
Attorney for Defendant

Date: June 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WILLIAMS, )
 )
         *Plaintiff,* ) Case No. 1:07-cv-00714-JDB
v. )
 )
UNIVERSAL MUSIC GROUP, INC. )
 )
and )
 )
AMARU ENTERTAINMENT, INC., )
 )
 )
         *Defendants.* )
_____)

## STATEMENT OF BRIAN A. BLOOM

I, Brian A. Bloom, declare under the penalty of perjury, pursuant to District Court Local Rule 83.2(d):

Full name: Brian A. Bloom

Office address and telephone:

    Cozen O'Connor
    909 Third Avenue
    New York, NY 10022
    Telephone: 212-509-9400
    Fax: 212-207-4938
    Email: bbloom@cozen.com

Bar Admission: State of New York; US District Court, Eastern District of New York; US District Court, Southern District of New York; United States Court of Appeals for the Second Circuit.

Discipline: I have not been disciplined by any bar.

Prior Admission *Pro Hac Vice* to this Court within past two years: None.

I do not engage in the practice of law from an office located in the District of Columbia.

Respectfully submitted,

     /s/
Brian A. Bloom
Cozen O'Connor
909 Third Avenue
New York, NY 10022
Telephone: 212-509-9400
Fax: 212-207-4938
Email: bbloom@cozen.com

Dated: June 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS, )<br>)<br>     *Plaintiff*, )<br>v. )<br>)<br>UNIVERSAL MUSIC GROUP, INC. )<br>)<br>and )<br>)<br>AMARU ENTERTAINMENT, INC., )<br>)<br>)<br>     *Defendants*. )<br>_____ ) | Case No. 1:07-cv-00714-JDB |

## ORDER

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* of Brian A. Bloom. The Motion is GRANTED, and it is hereby

ORDERED that Brian A. Bloom is admitted *pro hac vice* to represent Defendants Universal Music Group, Inc. and Amaru Entertainment, Inc., in the above captioned litigation.

Dated: _____

                       _____
                        The Honorable John D. Bates
                        United States District Judge