IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS, )<br>)<br>        *Plaintiff,* )<br>v. )<br>)<br>UNIVERSAL MUSIC GROUP, INC. )<br>)<br>and )<br>)<br>AMARU ENTERTAINMENT, INC., )<br>)<br>)<br>        *Defendants.* )<br>) | Case No. 1:07-cv-00714-JDB |

**MOTION AND INCORPORATED STATEMENT
TO ADMIT DONALD N. DAVID *PRO HAC VICE***

L. Barrett Boss, a member of the bar of this Court, pursuant to District Court Local Rules 83.2 (c) and (d), moves for the admission *pro hac vice* of Donald N. David to represent Defendants Universal Music Group, Inc. and Amaru Entertainment, Inc., as co-counsel in the above-captioned action. In further support of this Motion, counsel offers the accompanying statement of Donald N. David incorporated herein by reference.

Respectfully submitted,

_____/s/_____
L. BARRETT BOSS
Bar No. 398100
Cozen O'Connor
1627 I Street, NW, Suite 1100
Washington, DC 20006
(202) 912-4818
(202) 912-4830 (Facsimile)
Attorney for Defendant

Date: June 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS,<br><br>   *Plaintiff,*<br>v.<br><br>UNIVERSAL MUSIC GROUP, INC.<br><br>and<br><br>AMARU ENTERTAINMENT, INC.,<br><br>   *Defendants.* | Case No. 1:07-cv-00714-JDB |

## STATEMENT OF DONALD N. DAVID

I, Donald N. David, declare under the penalty of perjury, pursuant to District Court Local Rule 83.2(d):

Full name: Donald N. David

Office address and telephone:

  Cozen O'Connor
  909 Third Avenue
  New York, NY 10022
  Telephone: 212-509-9400
  Fax: 212-207-4938
  Email: ddavid@cozen.com

Bar Admission: State of New York; US District Court, Eastern District of New York; US District Court, Southern District of New York; United States Court of Appeals for the Second Circuit; United States Court of Appeals for the Third Circuit; United States Supreme Court.

Discipline: I have not been disciplined by any bar.

Prior Admission *Pro Hac Vice* to this Court within past two years: None.

I do not engage in the practice of law from an office located in the District of Columbia.

                              Respectfully submitted,

                              /s/
                            Donald N. David
                            Cozen O'Connor
                            909 Third Avenue
                            New York, NY 10022
                            Telephone: 212-509-9400
                            Fax: 212-207-4938
                            Email: ddavid@cozen.com

Dated: June 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS, | ) |
|           *Plaintiff,* | ) Case No. 1:07-cv-00714-JDB |
| v. | ) |
| UNIVERSAL MUSIC GROUP, INC. | ) |
| and | ) |
| AMARU ENTERTAINMENT, INC., | ) |
|           *Defendants.* | ) |

**ORDER**

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* of Donald N. David. The Motion is GRANTED, and it is hereby ORDERED that Donald N. David is admitted *pro hac vice* to represent Defendants Universal Music Group, Inc. and Amaru Entertainment, Inc., in the above captioned litigation.

Dated: _____

_____
The Honorable John D. Bates
United States District Judge