IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS, ) | |
| ) | |
| *Plaintiff,* ) | Case No. 1:07-cv-00714-JDB |
| v. ) | |
| ) | |
| UNIVERSAL MUSIC GROUP, INC. ) | |
| ) | |
| and ) | |
| ) | |
| AMARU ENTERTAINMENT, INC., ) | |
| ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION AND INCORPORATED
MEMORANDUM OF LAW FOR EXTENSION OF TIME IN WHICH TO FILE
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

COMES NOW the Defendant, Universal Music Group, Inc., through undersigned counsel, and moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time in which to file a responsive pleading to the complaint. In support thereof, the Defendant avers the following:

1. The Plaintiff filed a summons and complaint against Universal Music Group, Inc. on or about April 19, 2007.

2. Upon information and belief of counsel, service was accomplished on Defendant Universal Music Group, Inc. on or about May 8, 2007, though the docket does not so reflect.

3. The Plaintiff previously granted Defendant Universal Music Group, Inc. additional time to respond to the complaint.

4. The Plaintiff has again consented to the Defendant's request to extend the deadline for filing a responsive pleading to the complaint from the date a response would have been due, through and including July 20, 2007.

5. The Plaintiff has provided Defendant Universal Music Group, Inc. additional time so that it can avoid the time and expense of responding to the complaint while the parties discuss a resolution of the litigation.

6. Co-Defendant, Amaru Entertainment, Inc., has also consented to the extension requested in this motion.

WHEREFORE, the Defendant respectfully requests that this Honorable Court extend the deadline for filing a responsive pleading to the complaint through and including July 20, 2007.

Dated: June 29, 2007                    Respectfully submitted,

                                        _____/s/_____
                                        L. Barrett Boss
                                        (DC Bar No. 398100)
                                        Cozen O'Connor
                                        1627 I Street, NW, Suite 1100
                                        Washington, D.C., 20006
                                        Telephone (202) 912-4818
                                        Facsimile (866) 413-0172
                                        BBoss@Cozen.com
                                        *Counsel for Universal Music Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS )<br>)<br>v. )<br>)<br>UNIVERSAL MUSIC GROUP, INC. )<br>)<br>and )<br>)<br>AMARU ENTERTAINMENT, INC. )<br>)<br>)<br>Defendants. )<br>_____) | Case No. 1:07-cv-00714-JDB |

**ORDER**

This matter comes before the Court on Defendant Universal Music Group, Inc.'s Consent Motion and Incorporated Memorandum of Law for Extension of Time in Which to File Answer or Otherwise Respond to the Complaint. For good cause shown, it is hereby ORDERED that

The Defendant's motion is GRANTED; and further ORDERED that the Defendant's responsive pleading to the complaint is due July 20, 2007.

_____
Judge Judge John D. Bates
United States District Judge

Dated:_____

Copies to: All counsel of record