IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIVERSAL MUSIC GROUP, INC. ) <br> ) <br> and ) <br> ) <br> AMARU ENTERTAINMENT, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 07-cv-00714 (JDB) |

### NOTICE OF SUBSTITUTION AND ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

PLEASE TAKE NOTICE THAT the law firm Akerman Senterfitt should be substituted as counsel for Defendants Universal Music Group, Inc. and Amaru Entertainment, Inc. in substitution of L. Barrett Boss of Cozen O'Connor, P.C.

FURTHER please enter my appearance as counsel in this case on behalf of these two defendants.

                                                      Respectfully,

                                                      AKERMAN SENTERFITT

                                                      _____/s/_____
                                                      LISA J. SAVITT
                                                      D.C. Bar No. 434559
                                                      801 Pennsylvania Avenue, NW
                                                      Suite 600
                                                      Washington, D.C. 20004
                                                      Telephone: (202) 824-1729
                                                      E-mail: lisa.savitt@akerman.com

Dated: July 9, 2007                                  Counsel for Defendants
                                                      Universal Music Group, Inc. and
                                                      Amaru Entertainment, Inc.

{DC015435;1}

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Substitution and Entry of Appearance was served via electronic mail and U.S. Mail this 9th day of July 2007, upon the following counsel for plaintiff:

> Bradley Ashton Thomas
> 1629 K Street, NW
> Suite 300
> Washington, D.C. 20006
>
> Natalie M. Koss
> HENRICHSEN SIEGEL, PLLC
> 1101 Connecticut Avenue, NW
> Suite 550
> Washington, D.C. 20036

/s/
Lisa J. Savitt, Esq.

{DC015435;1}