IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNIVERSAL MUSIC GROUP, INC. )<br>)<br>and )<br>)<br>AMARU ENTERTAINMENT, INC., )<br>)<br>*Defendants*. )<br>_____ ) | Case No. 07-cv-00714 (JDB) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE THAT L. Barrett Boss and the firm Cozen O'Connor, 1627 I Street, NW, Suite 1100, Washington, D.C. 20006 herewith withdraws as counsel for Defendants Universal Music Group, Inc. and Amaru Entertainment, Inc., in accordance with Local Rules 83.2(h) and 83.6(b) for the U.S. District Court for District of Columbia.

Respectfully submitted,

~~Universal Music Group, Inc.~~
Amaru Entertainment, Inc.

By Counsel:

/s/ L. Barrett Boss
L. Barrett Boss
Bar No. 398100
Cozen O'Connor
1627 I Street, NW, Suite 1100
Washington, D.C. 20006
(202) 912-4818

{DC015434;1}