IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSAL MUSIC GROUP, INC. )<br>)<br>and )<br>)<br>AMARU ENTERTAINMENT, INC., )<br>)<br>Defendants. )<br>_____) | Case No. 07-cv-00714 (JDB)<br><br>**NOTICE OF LAW FIRM<br>AND ADDRESS CHANGE** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective July 2, 2007, Brian A. Bloom and Donald N. David, counsel for defendants Universal Music Group, Inc. and Amaru Entertainment, Inc., admitted *pro hac vice* in the above-entitled action, have joined the firm Akerman Senterfitt. The new firm address, telephone, fax numbers and email addresses are as follows:

Brian A. Bloom
Akerman Senterfitt
335 Madison Avenue, Suite 2600
New York, NY 10017
Tel:    (212) 880-3832 (direct)
Fax:    (212) 880-8965
Email:  brian.bloom@akerman.com

Donald N. David
Akerman Senterfitt
335 Madison Avenue, Suite 2600
New York, NY 10017
Tel:    (212) 880-3856 (direct)
Fax:    (212) 880-8965
Email:  donald.david@akerman.com

{DC015457;1}

Dated: July 10, 2007

AKERMAN SENTERFITT

Respectfully,

_____/s/_____
LISA J. SAVITT
D.C. Bar No. 434559
801 Pennsylvania Avenue, NW
Suite 600
Washington, D.C. 20004
Telephone: (202) 824-1729
E-mail: lisa.savitt@akerman.com

Counsel for Defendants
Universal Music Group, Inc. and
Amaru Entertainment, Inc.

{DC015457;1}