IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS,<br>    *Plaintiff,*<br>- against -<br>UNIVERSAL MUSIC GROUP, INC.<br>and<br>AMARU ENTERTAINMENT, INC.,<br>    *Defendants.* | Case No.: 1:07-CV-00714 (JDB) |

**RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT AMARU ENTERTAINMENT, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel of record for Defendant Amaru Entertainment, Inc. certifies that the following are corporate parents, subsidiaries and/or affiliates of said party, which are publicly held:

**None**

Date: September 18, 2007

Respectfully submitted,

AKERMAN SENTERFITT LLP
*Attorneys for Amaru Entertainment, Inc.*

By: _____/s/_____
  Lisa J. Savitt (DC Bar No. 434559)

801 Pennsylvania Avenue N.W., Suite 600
Washington, DC 20004
Tel: 202.824.1729
Fax: 202.585.6203
lisa.savitt@akerman.com

{DC018419;1}

*Of Counsel:*

Donald N. David*
Brian A. Bloom*
AKERMAN SENTERFITT LLP
335 Madison Avenue, Suite 2600
New York, New York 10017

* - Admitted *Pro Hac Vice* in this action.

{DC018419;1}