**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------x
:
ESTHER WILLIAMS,                                         :
:
*Plaintiff,*                                             :
:                Civil Action No.: 1:07-cv-714 (JDB)
v.                                                       :
:
:
UNIVERSAL MUSIC GROUP, INC. and                          :
AMARU ENTERTAINMENT, INC.,                               :
:
*Defendants.*                                            :
:
---------------------------------------------------------x

## JOINT REPORT AND RULE 26(F) DISCOVERY PLAN

On August 3, 2007 and September 17, 2007, counsel for Plaintiff, Esther Williams and counsel for Defendants UMG Recordings, Inc. (sued as Universal Music Group, Inc. and hereinafter referred to as "UMG") and Amaru Entertainment, Inc. ("Amaru") conferred in accordance with Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and LCvR 16.3(a). The parties submit the following Discovery Plan and Report pursuant to LCvR 16.3(c):

1.  Defendants believe that dispositive motions will resolve this matter as to the claims against both defendants. Plaintiff does not agree.

2.  The Plaintiff does expect to join an additional defendant. Any motion for leave to file an amended pleading shall be filed by no later than thirty (30) days after the initial scheduling order. At this time, the parties are unable to determine whether any factual or legal issues may be narrowed. The parties will revisit whether issues may be narrowed as discovery progresses.

3. The parties agree that this matter should not be assigned to a magistrate judge for all purposes, including trial. The parties defer to the Court to determine whether a magistrate judge may be appropriate for handling any discovery issues during the litigation of this matter or to facilitate settlement discussions, if appropriate.

4. The parties have discussed the possibility for settlement and resolution of this case, but have not been able to come to a mutually agreeable settlement at this time.

5. At the present time, the parties are interested in the Court's ADR program and are interested in scheduling a mediation.

6. The parties agree that the deadline for filing any dispositive motions should be set for July 31, 2008, with the deadline for oppositions set for August 13, 2008 and for reply briefs set for August 20, 2008.

7. The parties will exchange discovery pursuant to the mandatory disclosure requirements of Rule 26 no later than October 31, 2007.

8. The parties agree that fact discovery should close on February 29, 2008. The parties agree that requests for admissions, interrogatory requests, document requests and any other form of discovery are due on or before the close of discovery with answers to such requests due by no later than fourteen (14) days after the close of discovery, or March 14, 2008. Notices of deposition shall be submitted to the opposing party no later than January 29, 2008. The parties will not limit the number of non-expert depositions. Defendants request that a protective order be entered in this case prior to the

commencement of discovery. Plaintiff has not received a protective order yet in this matter. The parties have yet to discuss the scope of any proposed protective order.

9. The parties agree that any expert discovery shall commence after the close of fact discovery with expert reports exchanged no later than March 28, 2008, with any opposing expert reports due no later than April 30, 2008, and rebuttal expert reports due no later than May 16, 2008. Depositions of experts shall be completed no later than June 15, 2008 by the close of discovery. Otherwise, the parties will adhere to Rule 26(a)(2) requirements.

10. This is not a class action. Accordingly, LCvR 16.3(c)(10) is inapplicable.

11. Defendants maintain that this case should be bifurcated. Plaintiff does not agree that this matter should be bifurcated.

12. The parties agree that the date for the pretrial conference should be set thirty (30) after any dispositive motions are resolved, provided that the matter is not dismissed in its entirety.

13. The parties agree that the Court should set the trial date at the pretrial conference.

14. Defendants intend to file Rule 11 motions for sanctions against plaintiff. Plaintiff strongly believes that Rule 11 motions are unwarranted and are for harassment purposes only.

15. The parties hereby certify that all items required to be discussed by Rule 26(f) and LCvR 16.3(c) were addressed.

                                    Respectfully and Jointly Submitted,

| | |
|---|---|
| The Law Offices of Bradley A. Thomas<br>*Counsel for Esther Williams* | AKERMAN SENTERFITT LLP<br>*Counsel for Defendants* |
| By:_____/s/_____<br>  Bradley A. Thomas  (D.C. Bar No. 362656)<br>1629 K Street, NW, Suite 300<br>Washington, D.C. 20006<br>(202) 289-7574 | By: _____/s/_____<br>Lisa J. Savitt (D.C. Bar No. 434559)<br>801 Pennsylvania Avenue, N.W., Suite 600<br>Washington, D.C. 20004<br>(202) 824-1729 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                                         :
ESTHER WILLIAMS,                                         :
                                                         :
       *Plaintiff,*                                 :
                                                         :   Civil Action No.: 1:07-cv-714 (JDB)
   v.                                                :
                                                         :
                                                         :
UNIVERSAL MUSIC GROUP, INC. and                          :
AMARU ENTERTAINMENT, INC.,                               :
                                                         :
       *Defendants.*                                :
                                                         :
---------------------------------------------------------x

**SCHEDULING ORDER**

On consideration of the Joint Report submitted by the parties in this matter and the record herein, it is this ____ day of September, 2007

ORDERED that discovery shall commence immediately; it is further

ORDERED that any amended pleadings should be filed by no later than thirty (30) days after the date of this scheduling order; it is further

ORDERED that any dispositive motions are to be filed no later than July 31, 2008, with any oppositions filed no later than August 13, 2008 and reply briefs filed no later than August 20, 2008; it is further

ORDERED that mandatory disclosure requirements of Rule 26 are due no later than October 31, 2007; it is further

ORDERED that discovery should close on February 29, 2008; it is further

ORDERED that any requests for admissions, interrogatory requests, document production requests and other discovery requests are due on or before the close of discovery with answers to such requests due by no later than March 14, 2008; it is further

ORDERED that Notices of Deposition shall be submitted no later than January 29, 2008 and that each party shall take no more than five non-expert depositions, absent good cause or agreement by the parties to take any additional necessary depositions; it is further

ORDERED that any expert reports shall be exchanged no later than March 28, 2008, with any opposing expert reports due no later than April 30, 2008 and rebuttal expert reports due no later than May 16, 2008; it is further

ORDERED that depositions of experts shall be completed by the close of discovery; it is further

ORDERED that the matter shall or shall not be bifurcated; it is further

ORDERED that the date for the pretrial conference should be set thirty (30) after any dispositive motions are resolved, provided that the matter is not dismissed in its entirety and that the trial date shall be scheduled at the pretrial conference.

_____
United States District Judge
United States District Court
   for the District of Columbia