UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSAL MUSIC GROUP, INC., et al.,<br><br>    Defendants. | Civil Action No. 07-714 (JDB) |

**INITIAL SCHEDULING ORDER**

    Pursuant to the conference with the Court on September 24, 2007, and upon consideration of the parties' joint report and scheduling order, it is hereby **ORDERED** as follows:

1. Any amended pleadings shall be filed by not later than thirty (30) days after the date of this scheduling order.

2. Any dispositive motions are to be filed by not later than July 31, 2008; oppositions, if any, are to be filed by not later than August 13, 2008; and reply briefs, if any, are to be filed by not later than August 20, 2008.

3. Required disclosures under Fed. R. Civ. P. 26 shall be completed by not later than October 31, 2007.

4. All fact discovery shall be completed by not later than March 14, 2008.

5. Notices of Deposition shall be submitted by not later than January 29, 2008, and each party shall take no more than ten (10) non-expert depositions.

6. Expert reports shall be exchanged by not later than March 28, 2008; opposing expert reports, if any, shall be exchanged by not later than April 30, 2008; and rebuttal expert reports, if any, shall be exchanged by not later than May 16, 2008.

7. Depositions of experts shall be completed by not later than June 15, 2008.

8. A status conference shall be held on March 19, 2008, at 9:00 am.

/s/ John D. Bates
John D. Bates
United States District Judge

Signed this 24th day of September 2007.

Copies to:

Bradley A. Thomas
The Law Offices of Bradley A. Thomas
1629 K Street, NW, Suite 300
Washington, D.C. 20006
(202) 289-7574
    *Counsel for Plaintiff*

Lisa J. Savitt
Akerman Senterfitt LLP
801 Pennsylvania Avenue, NW, Suite 600
Washington, D.C. 20004
(202) 824-1729
    *Counsel for Defendant*