UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                          :
ESTHER WILLIAMS,                     :

        *Plaintiff,*            :   Civil Action No.: 07-CV00714 (JDB)

- against -                               :

UNIVERSAL MUSIC GROUP, INC. and  :
AMARU ENTERTAINMENT, INC.,     :

        *Defendants.*      :
---------------------------------------------------------x

**NOTICE OF WITHDRAWAL**

Pursuant to LCvR 83.6, please withdraw the appearance of the following attorney:

Natalie Koss
Henrichsen Siegel, PLLC.
1101 Connecticut Avenue, NW
Washington, DC 20036

                                    _____/s/_____
                                      Natalie Koss, D.C. Bar No. 489551
                                      Henrichsen Siegel, P.L.L.C.
                                      1101 Connecticut Avenue, N.W., Suite 550
                                      Washington, DC 20036
                                      (202) 293-7766
                                      (202) 293-7778 (facsimile)

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 1 day of October 2007, a copy of the Notice of Withdrawal was served via ECF on the following:

Bradley A. Thomas
1629 K Street, NW, Suite 300
Washington, D.C. 20006

Lisa J. Savitt
Akerman Senterfitt
801 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004

Brian Bloom
Donald David
Akerman Senterfitt, LLP
335 Madison Avenue, Suite 2600
New York, NY 10017

                                                /s/ Natalie Koss
                                                Natalie Koss