IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ESTHER WILLIAMS,

            *Plaintiff,*

  -against-

UNIVERSAL MUSIC GROUP, INC., and
AMARU ENTERTAINMENT, INC.,

            *Defendants.*

Civil Action No. 07 CV. 00714 (JDB)

**STIPULATION**

Honorable John D. Bates, U.S.D.J.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff ESTHER WILLIAMS ("Plaintiff") and Defendants AMARU ENTERTAINMENT, INC. and UNIVERSAL MUSIC GROUP, INC. ("Defendants") by and through their respective counsel, as follows:

1. That the time for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint, filed on October 19, 2007, and accepted by the Court on October 22, 2007, shall be extended by two weeks, through and including November 14, 2007.

2. The Defendants hereby preserve any and all affirmative defenses, objections, privileges, immunities, and agreements available to them at law or in equity.

Dated: Washington, DC
       October 30, 2007

THE LAW OFFICES OF BRADLEY A. THOMAS
*Attorneys for Plaintiff*

By: ___/s/ Bradley A. Thomas___
      Bradley A. Thomas

1629 K Street, N.W., Suite 300
Washington, D.C. 20006
Phone: (202) 289-7574
Fax:   (202) 289-5055
batlaw@bradleythomaslaw.com

{NY021002;1}

AKERMAN SENTERFITT LLP

*Attorneys for Defendants
Universal Music Group, Inc. and
Amaru Entertainment, Inc.*

By: _____
  Donald N. David

335 Madison Avenue, Suite 2600
New York, NY 10017
Phone: (212) 880-3800
Fax:    (212) 880-8965
donald.david@akerman.com

**SO ORDERED.**

_____
Honorable John D. Bates, U.S.D.J.

{NY021002;1}