IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP INC., et al.<br><br>Defendants. | Civil Action No. 07 CV 00714 (JDB) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

Defendants Amaru Entertainment, Inc. and Universal Music Group, Inc. ("Defendants"), by counsel, hereby file this consent motion and respectfully request that the time for Defendants to respond to the Amended Complaint in this matter be extended up to and including November 14, 2007. As grounds thereto, Defendants state that the parties have entered into the Stipulation attached hereto as Exhibit A with respect to this extension of time and that no party will be prejudiced by the extension sought.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to respond to the Amended Complaint through and including November 14, 2007.

Dated: November 8, 2007          Respectfully submitted,

**AKERMAN SENTERFITT**

_____/s/_____
Lisa J. Savitt (DC Bar No. 434559)
801 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
(202) 824-1729
(202) 585-6203 (fax)
Lisa.Savitt@akerman.com

/s/
Donald N. David (Admitted Pro Hac Vice)
AKERMAN SENTERFITT LLP
3356 Madison Ave., Suite 2600
New York, NY 10017
(212) 880-3800
(212) 880-8965 (fax)
Donald.David@akerman.com

*Counsel for Defendants Universal Music Group, Inc. and Amaru Entertainment, Inc.*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS,<br><br>Plaintiff,<br><br>-against-<br><br>UNIVERSAL MUSIC GROUP, INC., and AMARU ENTERTAINMENT, INC.,<br><br>Defendants. | Civil Action No. 07 CV. 00714 (JDB)<br><br>STIPULATION<br><br>Honorable John D. Bates, U.S.D.J. |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ESTHER WILLIAMS ("Plaintiff") and Defendants AMARU ENTERTAINMENT, INC. and UNIVERSAL MUSIC GROUP, INC. ("Defendants") by and through their respective counsel, as follows:

1. That the time for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint, filed on October 19, 2007, and accepted by the Court on October 22, 2007, shall be extended by two weeks, through and including November 14, 2007.

2. The Defendants hereby preserve any and all affirmative defenses, objections, privileges, immunities, and agreements available to them at law or in equity.

Dated: Washington, DC
October 30, 2007

THE LAW OFFICES OF BRADLEY A. THOMAS
Attorneys for Plaintiff

By: _____
Bradley A. Thomas   Bar. No 362656

1629K Street, N.W., Suite 300
Washington, D.C. 20006
Phone: (202) 289-7574
Fax:   (202) 289-5055
batlaw@bradleythomaslaw.com

{NY021802;1}

**AKERMAN SENTERFITT LLP**

*Attorneys for Defendants
Universal Music Group, Inc. and
Amaru Entertainment, Inc.*

By: _____
    Donald N. David
    *Admitted pro hac vice*

335 Madison Avenue, Suite 2600
New York, NY 10017
Phone: (212) 880-3800
Fax:    (212) 880-8965
donald.david@akerman.com

By: _____
    Lisa Savitt
    DC Bar No. 434559

801 Pennsylvania Ave., NW Suite 600
Washington, DC 20004
Phone: (202) 393-6222
Fax:    (202) 393-5959
lisa.savitt@akerman.com

{NY021002;1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP INC., et al.<br><br>Defendants. | ) )<br>) )<br>) )<br>) ) Civil Action No. 07 CV 00714 (JDB)<br>) )<br>) )<br>) )<br>) ) |

### PROPOSED ORDER

UPON CONSIDERATION OF Defendants Amaru Entertainment, Inc. and Universal Music Group, Inc.'s Consent Motion for Extension of Time to Respond to Amended Complaint (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendants have up through and including November 14, 2007 to respond to the Amended Complaint in this matter; and it is further

ORDERED that any and all affirmative defenses, objection, privileges, immunities, and agreement available to Defendants at law or in equity are hereby preserved.


Dated: November __, 2007

_____
John D. Bates
United States District Judge

{DC020511;1}