UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSAL MUSIC GROUP )<br>)<br>and )<br>)<br>AMARU ENTERTAINMENT, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 07-00714 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please take notice that Natalie M. Koss, Esquire, DC Bar No. 489551, of the law firm of Webster, Fredrickson, Henrichsen, Correia & Puth, P.L.L.C., 1775 K Street, NW, Suite 600, Washington, DC 20006, (202) 659-8510 hereby enters her appearance on behalf of Plaintiff Esther Williams in the above-captioned matter.

    Respectfully submitted,

    WEBSTER, FREDRICKSON,
    HENRICHSEN, CORREIA & PUTH,
    P.L.L.C.

    /s/ Natalie M. Koss
    Natalie M. Koss, DC Bar No. 489551
    1775 K Street, NW
    Suite 600
    Washington, D.C. 20006
    (202) 659-8510 (telephone)
    (202) 659-4082 (facsimile)
    *Attorneys for Plaintiff Esther Williams*

## CERTIFICATE OF SERVICE

      I, Natalie M. Koss, hereby certify that a copy of the foregoing Notice of Appearance was served via CM/ECF and mailed, first class, postage prepaid on this 28th day of November 2007 to the following:

Bradley A. Thomas, Esq.
1629 K Street, NW
Suite 300
Washington, DC 20006-1631

Brian A. Bloom
AKERMAN SENTERFITT
325 Madison Avenue, Suite 2600
New York, NY 10017

Donald N. David
AKERMAN SENTERFITT
325 Madison Avenue, Suite 2600
New York, NY 10017

Lisa J. Savitt
AKERMAN SENTERFITT
801 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004

                                              /s/ Natalie M. Koss
                                              Natalie M. Koss