UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-00714 |
| v. ) | |
| ) | |
| UNIVERSAL MUSIC GROUP ) | |
| ) | |
| and ) | |
| ) | |
| AMARU ENTERTAINMENT, INC. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

　　Please take notice that Wendell W. Webster, Esquire, DC Bar No. 245696, of the law firm of Webster, Fredrickson, Henrichsen, Correia & Puth, P.L.L.C., 1775 K Street, NW, Suite 600, Washington, DC 20006, (202) 659-8510 hereby enters his appearance on behalf of Plaintiff Esther Williams in the above-captioned matter.

Respectfully submitted,

WEBSTER, FREDRICKSON, HENRICHSEN,
CORREIA & PUTH, P.L.L.C.

/s/ Wendell W. Webster
Wendell W. Webster, DC Bar No. 245696
Natalie M. Koss, DC Bar No. 489551
1775 K Street, NW
Suite 600
Washington, D.C. 20006
(202) 659-8510 (telephone)
(202) 659-4082 (facsimile)
*Attorneys for Plaintiff Esther Williams*

**CERTIFICATE OF SERVICE**

I, Wendell W. Webster, hereby certify that a copy of the foregoing Notice of Appearance was served via CM/ECF and mailed, first class, postage prepaid on this 28th day of November 2007 to the following:

Bradley A. Thomas, Esq.  
1629 K Street, NW  
Suite 300  
Washington, DC 20006-1631

Brian A. Bloom  
AKERMAN SENTERFITT  
325 Madison Avenue, Suite 2600  
New York, NY 10017

Donald N. David  
AKERMAN SENTERFITT  
325 Madison Avenue, Suite 2600  
New York, NY 10017

Lisa J. Savitt  
AKERMAN SENTERFITT  
801 Pennsylvania Avenue, N.W.  
Suite 600  
Washington, DC 20004

/s/ Wendell W. Webster  
Wendell W. Webster