AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ESTHER WILLIAMS

    Plaintiff,

          v.

UMG RECORDINS, INC., et al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   07-714 (JBD)

TO: (Name and address of Defendant)

ROBERT B. CURRINGTON
109 Market Street
Durham, NC 27701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradley A. Thomas, Esq.
1629 K Street, N.W.
Suite 300
Washington, DC 20006-1631

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      NOV 5 2007

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Nov. 28, 2007 at 2:20 P.M. |
| NAME OF SERVER (PRINT) Richard Clayton | TITLE Professional Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 511 Burlington Ave., Durham NC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/28/07
                Date              Signature of Server

111 Lin Tilley Rd.
Durham, NC 27712
Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.