UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER WILLIAMS**          ) | |
| )  | |
| Plaintiff,           ) | |
| )  | |
| v.                           ) | Case No. **07-00714 (JDB)** |
| )  | |
| **UNIVERSAL MUSIC GROUP, INC. et al**   ) | |
| )  | |
| Defendants.         ) | |

## MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANT ROBERT CURRINGTON

The Plaintiff, ESTHER WILLIAMS, by and through counsel and pursuant to Federal Rules of Civil Procedure Rule 55, respectfully moves this Honorable Court to enter a judgment of default against the Defendant Robert Currington in the above captioned case. As grounds for this motion, the Plaintiff states as follows:

1. The Plaintiff filed her original complaint in the instant case on April 20, 2007.

2. At the Initial Scheduling Conference conducted before this Court on September 24, 2007, the Plaintiff sought and was granted leave to amend the Complaint to add additional parties.

3. On October 19, 2007, the Plaintiff, by and through counsel, filed her First Amended Complaint, adding Robert Currington and Bullseye Records, Inc., as party defendants. Summons' addressed to the two new parties were issued on November 5, 2007.

4. On November 28, 2007, the Plaintiff, through private process server, effected personal service on Defendant Robert Currington at his home. The Affidavit and Return of Service affirming service on Defendant Robert Currington was filed on December 12, 2007.

5. This Court's docket entries indicate that Defendant Robert Currington's answer to the Plaintiff's amended complaint was due on December 18, 2007.

6. To date, Defendant Robert Currington has filed no responsive pleading to the summons and amended complaint served on him fully two months ago.

7. Counsel for the defendants who have appeared in this matter, Defendant UMG Recordings, Inc. and Amaru Entertainment, Inc., have been contacted and do not object to this motion.

WHEREFORE, the premises considered, the Plaintiff prays that this Court grant this Motion For Default Judgment Against Defendant Robert Currington.

Respectfully submitted,

_____/s/_____
Bradley A. Thomas, Bar No. 362656
1629 K Street, N.W., Suite 300
Washington, DC 20006-1631
(202) 289-7574
(202) 289-5055 (Facsimile)
batlaw@bradleythomaslaw.com

_____/s/_____
Natalie M. Koss, Bar No. 489551
WEBSTER, FREDRICKSON, HENRICHSEN, CORREIA & PUTH, P.L.L.C.
1775 K Street, N.W., Suite 600
Washington, DC 20006
(202) 659-8510
(202) 659-4082 (Facsimile)
nkoss@wfhcplaw.com

_____/s/_____
Wendell W. Webster, Bar No. 245696
WEBSTER, FREDRICKSON, HENRICHSEN, CORREIA & PUTH, P.L.L.C.
1775 K Street, N.W., Suite 600
Washington, DC 20006
(202) 659-8510
(202) 659-4082 (Facsimile)
wwebster@wfhcplaw.com

POINTS AND AUTHORITIES

Federal Rules of Civil Procedure Rules 12(a)(1)(A), 55(a) and 55(b)(2).

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion For Default Judgment Against Defendant Robert Currington was served, on this 29th day of JANUARY, 2008, on the following parties by the methods hereafter indicated:

by first class mail on:

Robert B. Currington
511 Burlington Avenue
Durham, NC 27707-4203

Bullseye Records, Inc.
108 Sherman Avenue
New York, NY 10034

by facsimile on:

Lisa J. Savitt, Esq.
AKERMAN SENTERFITT, LLP
801 Pennsylvania Ave., N.W., Suite 600
Washington, DC 20004
(202) 585-6203 (facsimile)

Brian A. Bloom
AKERMAN SENTERFITT, LLP
325 Madison Ave., Suite 2600
New York, NY 10017
(212) 880-8965 (facsimile)

Donald N. David
AKERMAN SENTERFITT, LLP
325 Madison Ave., Suite 2600
New York, NY 10017
(212) 880-8965 (facsimile)

_____/s/_____
Bradley A. Thomas

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER WILLIAMS** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNIVERSAL MUSIC GROUP, INC. et al** )<br>)<br>Defendants. ) | Case No. **07-00714 (JDB)** |

## ORDER

This matter, having come before this Court on the Plaintiff's <u>Motion For Default Judgment Against Defendant Robert Currington</u> and upon consideration of the motion, the points and authorities, and the entire record herein, it is, on this _____ day of _____, 20_____,

ORDERED that the Plaintiff's <u>Motion For Default Judgment Against Defendant Robert Currington</u> be, and the same is, hereby GRANTED; and, it is

FURTHER ORDERED that entry of final judgment against the Defendant Robert Currington be held in abeyance pending further proceedings of this Court to determine the amount of damages.

_____
JOHN D. BATES, United States District Judge

cc:   Bradley A. Thomas, Esq.
      Law Offices of Bradley A. Thomas
      1629 K Street, N.W., Suite 300
      Washington, D.C. 20006-1631

      Natalie M. Koss, Esq.
      WEBSTER, FREDRICKSON, HENRICHSEN, CORREIA & PUTH, P.L.L.C.
      1775 K Street, N.W., Suite 600
      Washington, DC 20006

      Wendell W. Webster, Esq.
      WEBSTER, FREDRICKSON, HENRICHSEN, CORREIA & PUTH, P.L.L.C.
      1775 K Street, N.W., Suite 600
      Washington, DC 20006

Lisa J. Savitt, Esq.
AKERMAN SENTERFITT, LLP
801 Pennsylvania Ave., N.W., Suite 600
Washington, DC 20004

Brian A. Bloom, Esq.
AKERMAN SENTERFITT, LLP
325 Madison Ave., Suite 2600
New York, NY 10017

Donald N. David, Esq.
AKERMAN SENTERFITT, LLP
325 Madison Ave., Suite 2600
New York, NY 10017

Robert B. Currington
511 Burlington Avenue
Durham, NC 27707-4203

Bullseye Records, Inc.
108 Sherman Avenue
New York, NY 10034