UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WILLIAMS,

    Plaintiff,

    v.

UNIVERSAL MUSIC GROUP, INC., et al.,

    Defendants.

Civil Action No. 07-714 (JDB)

FILED
FEB 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Defendants Bullseye Records, Inc. and Robert B. Currington have responded to the amended complaint of plaintiff Esther Williams, filed on October 19, 2007. To date, however, there is no indication on the record in this action that defendant Bullseye Records, Inc., a corporation, has retained counsel. Rather, the answer indicates that Robert B. Currington is purporting to act pro se on his own behalf and on behalf of Bullseye Records, Inc. "It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993). Accordingly, and upon consideration of the entire record herein, it is this 21st day of February, 2008, hereby

1

**ORDERED** that defendant Bullseye Records, Inc. shall file a notice on the record demonstrating that it has retained counsel by not later than March 7, 2008.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

Bradley A. Thomas
The Law Offices of Bradley A. Thomas
1629 K Street, NW, Suite 300
Washington, D.C. 20006

Natalie M. Koss
Henrichsen Siegel, PLLC
1101 Connecticut Avenue, NW
Suite 550
Washington, DC 20036

Wendell Wallace Webster, I
Webster, Fredrickson & Brackshaw
1775 K Street, NW
Suite 600
Washington, DC 20006-1502

*Counsel for Plaintiff*

Lisa J. Savitt
Akerman Senterfitt LLP
801 Pennsylvania Avenue, NW, Suite 600
Washington, D.C. 20004

*Counsel for Defendants*

Robert B. Currington
109 Market Street
Durham, NC 27701

*Pro Se Defendant*