UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER WILLIAMS** )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>**UNIVERSAL MUSIC GROUP, INC., et al** )<br>)<br>*Defendants.* ) | Case No. **07-714 (JDB)** |

## JOINT CONSENT MOTION TO MODIFY INITIAL SCHEDULING ORDER

The Defendants **UMG Recordings, Inc.** ("UMG") and **Amaru Entertainment, Inc.** ("Amaru") and the Plaintiff, **Esther Williams** ("Williams"), jointly and respectfully move this Honorable Court to modify the Initial Scheduling order as indicated below. As grounds for this motion, the Parties state as follows:

1. The Plaintiff filed her original Complaint in the above-captioned civil action on April 20, 2007, naming UMG and Amaru as the only defendants in the case.

2. After both Defendants appeared through counsel, this Court conducted a Scheduling Conference on September 24, 2007, out of which was generated the initial Scheduling Order ("Scheduling Order").

3. Pursuant to Item Number "1" of the Scheduling Order, the Plaintiff thereafter amended her Complaint to add two new defendants, Robert B. Curington, an individual, and Bullseye Records, Inc. ("Bullseye"), a corporation organized under the laws of the State of New York.

4. On or about February 21, 2008, Robert B. Curington filed an Answer to the Amended Complaint, *pro se*, on behalf of himself and the corporate defendant Bullseye.

{NY028249;1}

5. The following day, February 22, 2008, this Court ordered Bullseye to file a notice on record, by no later than March 7, 2008, demonstrating that it has retained counsel in the instant civil action.

6. Given the very recent appearance of Robert B. Curington, pro se, and the Court's order that Bullseye retain counsel forthwith, the Plaintiff and the Defendants UMG and Amaru have agreed, and mutually submit to this Court, that the discovery deadlines noted in the Initial Scheduling Order are no longer practical.

**WHEREFORE,** the foregoing considered, the Defendants UMG and Amaru jointly with the Plaintiff, pray that this Court:

1. Grant this Joint Consent Motion To Modify the Initial Scheduling Order;

2. Amend the Scheduling Order as follows:

   a. Require the two new defendants to produce disclosures required under Fed. R. Civ. P. 26 by not later than **April 4, 2008**.

   b. Require all parties to complete all fact discovery by not later than **May 2, 2008**.

   c. Require all parties to submit Notices of Deposition by not later than **April 11, 2008**, with each party limited to no more than ten (10) non-expert depositions.

   d. Require expert reports to be exchanged by not later than **May 16, 2008**, opposing expert reports, if any, by not later than **June 13, 2008**, and rebuttal expert reports, if any, by not later than **June 27, 2008**.

e. Require that depositions of experts be completed by not later than **July 25, 2008**.

f. Require that dispositive motions be filed by not later than **September 12, 2008**.

g. Require that oppositions to dispositive motions be filed by not later than **September 26, 2008**.

h. Require that reply briefs to oppositions to dispositive motions be filed by not later than **October 3, 2008**.

i. Instruct that the **March 19, 2008** status conference take place as scheduled; and

j. Set an additional status conference to be held at the completion of fact discovery at a date and time convenient to this Court so that the Parties may discuss settlement potential prior to conducting expert discovery, if any, and prior to filing dispositive motions.

3. Grant such other and further relief as this Court deems just and proper.

Respectfully and Jointly Submitted,

AKERMAN SENTERFITT LLP

/s/
———————————————
Lisa J. Savitt, Bar No. 434559
Donald N. David, *pro hac vice*
Brian A. Bloom, *pro hac vice*
801 Pennsylvania Ave., N.W., Suite 600
Washington, DC 20004
(202) 824-1729
(202) 585-6202 (Facsimile)
lisa.savitts@akerman.com
*Counsel for Defendants UMG and Amaru*

/s/
Bradley A. Thomas, Bar No. 362656
1629 K Street, N.W., Suite 300
Washington, DC 20006-1631
(202) 289-7574
(202) 289-5055 (Facsimile)
batlaw@bradleythomaslaw.com
*Counsel For Plaintiff*


WEBSTER, FREDRICKSON,
HENRICHSEN, CORREIA & PUTH, PLLC


/s/
Natalie M. Koss, Bar No. 489551
1775 K Street, N.W., Suite 600
Washington, DC 20036
(202) 659-8510
(202) 659-4082 (Facsimile)
nkoss@wfhcplaw.com
*Counsel for Plaintiff*


/s/
Wendell W. Webster, Bar No. 245696
1775 K Street, N.W., Suite 600
Washington, DC 20036
(202) 659-8510
(202) 659-4082 (Facsimile)
wwebster@wfhcplaw.com
*Counsel for Plaintiff*

{NY028249;1}

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>UNIVERSAL MUSIC GROUP, INC., et al )<br>)<br>*Defendants.* ) | Case No. **07-714 (JDB)** |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO AMEND INITIAL SCHEDULING ORDER

The Defendants **UMG Recordings, Inc.** ("UMG") and **Amaru Entertainment, Inc.** ("Amaru") and the Plaintiff, **Esther Williams** respectfully and jointly submit the following points and authorities in support of their Joint Motion To Modify the Initial Scheduling Order:

### FACTUAL BACKGROUND

The instant lawsuit arises out of the claims of the Plaintiff, Esther Williams, that the each of the original defendants UMG and Amaru, on separate occasions, used a sound recording of the Plaintiff's voice performance (the "sound recording") on recordings released for sale to the general public ("sampling") without the Plaintiff's permission. UMG and Amaru, asserted in their Answers to the Complaint filed by the Plaintiff, that prior to the alleged sampling, the Plaintiff had relinquished her copyrights in the sound recording and therefore lacks standing to maintain the action at bar. With leave of Court, as stated in the Initial Scheduling Order issued on or about September 24, 2007, the Plaintiff filed an Amended Complaint on October 19, 2007, naming, as additional defendants the recording company through which the sound recording was originally recorded, Bullseye Records, Inc. ("Bullseye"), and the individual record company

{NY028249;1}

executive now holding himself out to represent Bullsyeye, Mr. Robert B. Curington ("Curington").

After some difficulty in determining his present whereabouts, the Plaintiff served Currington with the Amended Complaint on or about November 28, 2007. Currington's Answer to the Amended Complaint was due on or before December 18, 2007. As the Plaintiff was preparing, through her attorneys, to file a motion for default against Curington and Bullseye, Kendal Coleman, Esq. contacted Plaintiff's attorneys and indicated that he represented Currington and would be filing an Answer to the Amended Complaint "very soon." Based on that representation, the Plaintiff, on advice of her attorneys, agreed to delay the filing of her default motion to allow Mr. Coleman a reasonable period of time to fulfill his promise to file an Answer. When that Answer was not forthcoming over the next week and a half, Plaintiff filed her motion for default on January 29, 2008. Nine days later, Mr. Coleman contacted Plaintiff's counsel to ask that a copy of the Amended Complaint be faxed to him. Meanwhile, the Plaintiff and the Defendants UMG and Amaru had already exchanged written discovery requests and scheduled some depositions of non-expert witnesses within the time limits of the Initial Scheduling Order.

On February 21, 2008, Currington, appearing *pro se*, and not through Mr. Coleman or any other attorney, filed an answer to the Amended Complaint both on his own behalf and on behalf of Bullseye. This Court then promptly issued its order of February 22, 2008, giving Bullseye until March 7, 2008 to obtain counsel. The March 7, 2008 deadline has now passed, and no attorney has appeared for Bullseye. Awaiting such appearance and the previous untimely appearance of Mr. Curington, Plaintiff and Defendants UMG and Amaru were forestalled in

{NY028249;1}

propounding their own discovery. Now that Mr. Curington has appeared pro se, Plaintiff and Defendants UMG and Amaru will need time to make appropriate discovery demands upon him.

## LEGAL ANALYSIS

Fed. R. Civ. P. 16 (b) (4) states that a schedule may be modified only for good cause and with the judge's consent. In considering the trial court's grant of a motion to modify a scheduling order in a recent contested case, the D.C. Court of Appeals, in <u>Briggs v. Israel Baptist Church</u>, 933 A.2d 301, (DC, 2007), at page 304, found that:

> Such pretrial scheduling matters are committed to the trial court's discretion. Super. Ct. Civ. R. 16; <u>Daniels v. Beeks</u>, 532 A.2d 125, 127-28 (D.C.1987). In reviewing a trial court's exercise of discretion, this court considers, among other factors, whether the trial court's determination was based upon and drawn from a firm factual foundation, whether the trial court's action was within the range of permissible alternatives, and whether the trial court's reasoning is substantial and supports the trial court's actions. <u>Johnson v. United States</u>, 398 A.2d 354, 364-65 (D.C. 1979).

In the instant case, the delay which would inhere from a grant of the motion to modify the Initial Scheduling Order would amount to no more than six weeks. Given the added complexity created by Mr. Curington's appearance three weeks before the existing close of discovery date of March 14, 2008, as well as the fact that Bullseye has not yet appeared by counsel, a six week extension of the discovery deadline is both reasonable and prudent. Furthermore, no parties, especially not Curington and Bullseye, would be prejudiced by the requested relief.

## CONCLUSION

Had Curington and Bullseye answered the Plaintiff's Amended Complaint within the time limit prescribed by the Court, that is to say on or before December 18, 2007, it might not have been necessary for the other parties to seek extension of the discovery time limits in this case. Under the

{NY028249;1}

7

prevailing circumstances, the parties to this motion have demonstrated good cause why a six week modification of the discovery deadlines of the Initial Scheduling Order should be granted.

Dated: Washington, D.C.
      March 11, 2008

                          Respectfully and Jointly submitted,

                          AKERMAN SENTERFITT LLP


                          _____/s/_____
                          Lisa J. Savitt
                          Donald N. David
                          Brian A. Bloom
                          *Counsel For Defendants*
                          *UMG and Amaru*

                                  AND


                          _____/s/_____
                          Bradley A. Thomas



                          WEBSTER, FREDRICKSON,
                          HENRICHSEN, CORREIA & PUTH, PLLC


                          _____/s/_____
                          Natalie M. Koss


                          _____/s/_____
                          Wendell W. Webster

                          *Counsel For The Plaintiff*

{NY028249;1}

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing <u>Joint Consent Motion To Modify Initial Scheduling Order</u> was served, by ECF and First Class U.S. Mail on this 11th day of March, 2008, to

Robert B. Curington
511 Burlington Avenue
Durham, NC 27707-4203

Robert B. Curington
109 Market Street
Durham, NC 27701

<u>and by electronic mail to</u>:

Bradley A. Thomas
1629 K Street, N.W., Suite 300
Washington, DC 20006-1631
batlaw@bradleythomaslaw.com

Natalie M. Koss
1775 K Street, N.W., Suite 600
Washington, DC 20036
nkoss@wfhcplaw.com

Wendell W. Webster
1775 K Street, N.W., Suite 600
Washington, DC 20036
wwebster@wfhcplaw.com

                                                                     /s/
                                          Bradley A. Thomas

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER WILLIAMS,** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Case No. **07-714 (JDB)** |
| **UNIVERSAL MUSIC GROUP, INC., et al** | ) ) ) |
| *Defendants.* | ) |

### ORDER MODIFYING SCHEDULING ORDER

This matter, having come before this Court on the Joint <u>Consent Motion To Modify Initial Scheduling Order</u> and upon consideration of the motion, the grounds and authorities, and the entire record herein, it is, on this _____ day of _____, 20_____,

ORDERED that the Joint <u>Consent Motion To Modify Initial Scheduling Order</u> be, and the same is, hereby GRANTED; and, it is

FURTHER ORDERED that the following schedule shall supersede any scheduling order(s) previously issued by this Court:

1. The Defendants Robert B. Curington and Bullseye Records, Inc. shall produce disclosures required under Fed. R. Civ. P. 26 by not later than April 4, 2008.

2. All fact discovery shall be completed by not later than May 2, 2008.

3. Notices of Deposition shall be submitted by not later than April 11, 2008, and each party shall take no more than ten (10) non-expert depositions.

{NY028249;2}

1

4.   Expert reports shall be exchanged by not later than May 16, 2008; opposing expert reports, if any, shall be exchanged by not later than June 13, 2008; and rebuttal expert reports, if any, shall be exchanged by not later than June 27, 2008.

5.   Depositions of experts shall be completed by not later than July 25, 2008.

6.   Dispositive motions shall be filed by not later than September 12, 2008.

7.   Oppositions to dispositive motions shall be filed by not later than September 26, 2008.

8.   Reply briefs to oppositions to dispositive motions shall be filed by not later than October 3, 2008.

9.   The March 19, 2008 status conference will take place as scheduled.

10.  At the completion of discovery, there shall be a status conference before this Court on _____, 2008 at _____ o'clock AM/PM.

_____
JOHN D. BATES, United States District Judge

Signed this \_\_\_\_ day of _____, 2008.

cc:  Lisa J. Savitt, Esq.
     Donald N. David, Esq.
     *Attorneys for Defendant UMG and Amaru*
     AKERMAN SENTERFITT, LLP
     801 Pennsylvania Ave., N.W., Suite 600
     Washington, DC 20004

     Bradley A. Thomas, Esq.
     Law Offices of Bradley A. Thomas
     *Attorneys for Plaintiff*
     1629 K Street, N.W., Suite 300
     Washington, D.C. 20006-1631

{NY028249;2}

2

Natalie M. Koss, Esq.
WEBSTER, FREDRICKSON, HENRICHSEN, CORREIA & PUTH, PLLC
*Attorneys for Plaintiff*
1775 K Street, N.W., Suite 600
Washington, DC 20036

Wendell W. Webster, Esq.
WEBSTER, FREDRICKSON, HENRICHSEN, CORREIA & PUTH, PLLC
*Attorneys for Plaintiff*
1775 K Street, N.W., Suite 600
Washington, DC 20036

Robert B. Curington
*Pro Se*
511 Burlington Avenue
Durham, NC 27707-4203

Robert B. Curington
*Pro Se*
109 Market Street
Durham, NC 27701