UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Case No. 07-714 (JDB) |
| UNIVERSAL MUSIC GROUP, INC., et al | ) ) ) |
| *Defendants.* | ) |

FILED

MAR 1 7 2008

### ORDER MODIFYING SCHEDULING ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This matter, having come before this Court on the Joint <u>Consent Motion To Modify Initial Scheduling Order</u> and upon consideration of the motion, the grounds and authorities, and the entire record herein, it is, on this 17th day of March, 2008,

ORDERED that the Joint <u>Consent Motion To Modify Initial Scheduling Order</u> be, and the same is, hereby GRANTED; and, it is

FURTHER ORDERED that the following schedule shall supersede any scheduling order(s) previously issued by this Court:

1. The Defendants Robert B. Curington and Bullseye Records, Inc. shall produce disclosures required under Fed. R. Civ. P. 26 by not later than April 4, 2008.

2. All fact discovery shall be completed by not later than May 2, 2008.

3. Notices of Deposition shall be submitted by not later than April 11, 2008, and each party shall take no more than ten (10) non-expert depositions.

{NY028249;2}

1

4. Expert reports shall be exchanged by not later than May 16, 2008; opposing expert reports, if any, shall be exchanged by not later than June 13, 2008; and rebuttal expert reports, if any, shall be exchanged by not later than June 27, 2008.

5. Depositions of experts shall be completed by not later than July 25, 2008.

6. Dispositive motions shall be filed by not later than September 12, 2008.

7. Oppositions to dispositive motions shall be filed by not later than September 26, 2008.

8. Reply briefs to oppositions to dispositive motions shall be filed by not later than October 3, 2008.

9. The March 19, 2008 status conference will take place as scheduled.

10. At the completion of discovery, there shall be a status conference before this Court on ___May 29___, 2008 at __9:00__ o'clock AM/~~PM~~.

_____
JOHN D. BATES, United States District Judge

Signed this _17th_ day of ___March___, 2008.

cc: Lisa J. Savitt, Esq.
Donald N. David, Esq.
*Attorneys for Defendant UMG and Amaru*
AKERMAN SENTERFITT, LLP
801 Pennsylvania Ave., N.W., Suite 600
Washington, DC 20004

Bradley A. Thomas, Esq.
Law Offices of Bradley A. Thomas
*Attorneys for Plaintiff*
1629 K Street, N.W., Suite 300
Washington, D.C. 20006-1631

{NY028249;2}

Natalie M. Koss, Esq.
WEBSTER, FREDRICKSON, HENRICHSEN, CORREIA & PUTH, PLLC
*Attorneys for Plaintiff*
1775 K Street, N.W., Suite 600
Washington, DC 20036

Wendell W. Webster, Esq.
WEBSTER, FREDRICKSON, HENRICHSEN, CORREIA & PUTH, PLLC
*Attorneys for Plaintiff*
1775 K Street, N.W., Suite 600
Washington, DC 20036

Robert B. Curington
*Pro Se*
511 Burlington Avenue
Durham, NC 27707-4203

Robert B. Curington
*Pro Se*
109 Market Street
Durham, NC 27701