UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER WILLIAMS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. **07-00714 (JDB)** |
| | ) |
| **UNIVERSAL MUSIC GROUP, INC. et al** | ) |
| | ) |
| Defendants. | ) |

**INTERIM STATUS REPORT ON DEFENDANT BULLSEYE RECORDS, INC.**

The Plaintiff, ESTHER WILLIAMS, by and through counsel, respectfully submits the following report to this Honorable Court regarding the status of the Plaintiff's efforts to effect service on the Defendant Bullseye Records, Inc.:

1. Pursuant to the initial scheduling order issued by this Court, the Plaintiff filed an Amended Complaint on October 19, 2007.

2. Based on a document provided to the Plaintiff by Defendant UMG Recordings, Inc., the last address purporting to be that of Bullseye Records, Inc., (hereinafter referred to as "Bullseye") was that given as the address of Defendant Robert B. Currington (hereinafter referred to as "Currington") who, in a 2004 assignment agreement, purported to be the agent of Bullseye. That address, 109 Market Street, Durham, NC 27701, was the address noted on the Amended Complaint.

3. Because Bullseye was registered as a New York corporation, the Plaintiff attempted to obtain service on Bullseye by serving the Secretary of State of New York. The process server hired by the Plaintiff reported back that the Secretary of State refused service because of the fact that Bullseye is in an inactive status and has been since 1993.

4. On November 28, 2007, the Plaintiff, through private process server, effected personal service on Currington at his home. The Affidavit and Return of Service affirming service

on Currington was filed on December 12, 2007. This Court's docket entries indicate that Currington's answer to the Plaintiff's Amended Complaint was due on December 18, 2007, but that answer was not filed until February 21, 2008, after the Plaintiff sought Court intervention.

5. Currington, in filing his answer to the Amended Complaint, purported to answer for both himself and Bullseye. This Court ordered Bullseye to retain counsel as is required by Court rules.

6. On January 2, 2008, in an attempt to get service on Bullseye, the Plaintiff sent the Summons, Amended Complaint and Initial Order to Bullseye's last known corporate address in New York City, 108 Sherman Avenue, New York, NY 10034, by certified mail, return receipt requested. The documents were returned to Plaintiff's counsel by the U.S. Postal Service on February 25, 2008, unclaimed. Meanwhile, the Plaintiff also sent the pleadings to the 108 Sherman Avenue address by first class mail on January 29, 2008. That mailing was also returned unclaimed.

7. Currington, who has intimated off the record that he has been affiliated with Bullseye in a managerial or quasi ownership capacity since the 1980's or before, was scheduled to be deposed on May 1, 2008. Two days prior to his scheduled deposition, Currington contacted this Court and was granted an extension of time in which to complete discovery by appearing for deposition.

8. Currington's deposition is now set for Thursday, May 15, 2008, at 10:00 a.m. The Plaintiff is giving serious consideration to dismissing her action against Bullseye but needs to take Currington's deposition before a final decision on that matter can be reached.

WHEREFORE, the premises considered, the Plaintiff prays that this Court accept the foregoing as an interim status report while allowing the Plaintiff until May 30, 2008, to submit a final status report on her intention as to whether or not to proceed against Bullseye.

Respectfully submitted,

_____/s/_____
Bradley A. Thomas, Bar No. 362656
1629 K Street, N.W., Suite 300
Washington, DC 20006-1631
(202) 289-7574
(202) 289-5055 (Facsimile)
batlaw@bradleythomaslaw.com

_____/s/_____
Natalie M. Koss, Bar No. 489551
WEBSTER, FREDRICKSON, HENRICHSEN,
CORREIA & PUTH, P.L.L.C.
1775 K Street, N.W., Suite 600
Washington, DC 20006
(202) 659-8510
(202) 659-4082 (Facsimile)
nkoss@wfhcplaw.com

_____/s/_____
Wendell W. Webster, Bar No. 245696
WEBSTER, FREDRICKSON, HENRICHSEN,
CORREIA & PUTH, P.L.L.C.
1775 K Street, N.W., Suite 600
Washington, DC 20006
(202) 659-8510
(202) 659-4082 (Facsimile)
wwebster@wfhcplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Interim Status Report on Defendant Bullseye Records, Inc. was served, on this 5th day of MAY, 2008, on the following parties by the methods hereafter indicated:

by first class mail on:

Robert B. Currington
511 Burlington Avenue
Durham, NC 27707-4203

and

Robert B. Currington
1410 Rosewood Street
Durham, NC 27701-4714

and by electronic mail on:

Lisa J. Savitt, Esq.
AKERMAN SENTERFITT, LLP
801 Pennsylvania Ave., N.W., Suite 600
Washington, DC 20004
(202) 585-6203 (facsimile)

Brian A. Bloom
AKERMAN SENTERFITT, LLP
325 Madison Ave., Suite 2600
New York, NY 10017
(212) 880-8965 (facsimile)

Donald N. David
AKERMAN SENTERFITT, LLP
325 Madison Ave., Suite 2600
New York, NY 10017
(212) 880-8965 (facsimile)

_____/s/_____
Bradley A. Thomas