UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WILLIAMS,

  Plaintiff,

   v.

UNIVERSAL MUSIC GROUP, INC., et al.,

  Defendants.

Civil Action No.  07-714 (JDB)

FILED

MAY 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Pursuant to the conference with the Court on May 29, 2008, and upon consideration of [44] plaintiff's status report, it is hereby

**ORDERED** that this civil action is dismissed without prejudice against Bullseye Records, Inc.; it is further

**ORDERED** that this matter shall be referred to Magistrate Judge Facciola for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days, commencing on June 16, 2008; it is further

**ORDERED** that discovery shall be completed by July 15, 2008; it is further

**ORDERED** that dispositive motions shall be filed by not later than September 12, 2008, oppositions shall be filed by not later than September 26, 2008, and replies shall be filed by not later than October 3, 2008; and it is further

**ORDERED** that plaintiff shall file a status report by not later than September 1, 2008,

regarding the outcome of the parties' settlement efforts.

The parties are reminded of their obligation to appear for all court proceedings unless permission to participate by telephone has been obtained in advance of the court date. To make such a request, the parties may contact Tim Bradley at 202-354-3162.

A copy of this order will be mailed to defendant Robert Currington at 1410 Rosewood Street, Durham, NC 27701.

_____/s/ John D. Bates_____
John D. Bates
United States District Judge

Date:  May 30, 2008

Copies to:

Bradley A. Thomas
The Law Offices of Bradley A. Thomas
1629 K Street, NW, Suite 300
Washington, D.C. 20006
(202) 289-7574
    *Counsel for Plaintiff*

Lisa J. Savitt
Akerman Senterfitt LLP
801 Pennsylvania Avenue, NW, Suite 600
Washington, D.C. 20004
(202) 824-1729
    *Counsel for Defendant*

Robert Currington
1410 Rosewood Street
Durham, NC 27701
    *Pro Se Defendant*