REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE E

| CAUSE OF ACTION: | 17:101 Copyright Infringement | | | |
|---|---|---|---|---|
| CASE NO:<br>07-714 | DATE REFERRED:<br>05/30/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussions | JUDGE:<br>John D. Bates | MAG. JUDGE<br>John M. Facciola |

| PLAINTIFF(S):<br>ESTHER WILLIAMS | DEFENDANT(S):<br>UNIVERSAL MUSIC GROUP, INC., et al |
|---|---|

ENTRIES:

**** SETTLEMENT DISCUSSIONS TO COMMENCE ON JUNE 16, 2008 ******