UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>UNIVERSAL MUSIC GROUP, )<br>INC., ET AL. )<br>)<br>)<br>    Defendants. )<br>) | Civil Action No. 1:07-cv-714 |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL**

TO THE CLERK OF THE COURT:

Please take notice that Wendell W. Webster, Esquire, DC Bar No. 245696, of the law firm of Webster, Fredrickson, Correia & Puth, P.L.L.C., 1775 K Street, NW, Suite 600, Washington, DC 20006, (202) 659-8510 hereby withdraws as counsel for Plaintiff Esther Williams in accordance with the Local Rules of the U.S. District Court for District of Columbia.

Respectfully submitted,

WEBSTER, FREDRICKSON, CORREIA &
PUTH, P.L.L.C.

/s/ Wendell W. Webster
Wendell W. Webster, DC Bar No. 245696
1775 K Street, NW,
Suite 600
Washington, D.C. 20006
(202) 659-8510 (telephone)
(202) 659-4082 (facsimile)
*Attorney for Plaintiff Esther Williams*

**CERTIFICATE OF SERVICE**

I, Wendell W. Webster, hereby certify that a copy of the foregoing Notice of Withdrawal Appearance as Counsel was served via CM/ECF and mailed, first class, postage prepaid on this 18th day of June 2008 to the following:

Bradley A. Thomas, Esq.
1629 K Street, NW
Suite 300
Washington, DC 20006-1631

Brian A. Bloom
AKERMAN SENTERFITT
325 Madison Avenue, Suite 2600
New York, NY 10017

Donald N. David
AKERMAN SENTERFITT
325 Madison Avenue, Suite 2600
New York, NY 10017

Lisa J. Savitt
AKERMAN SENTERFITT
801 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004

Robert B. Curington
1410 Rosewood Street
Durham, NC 27701

/s/ Wendell W. Webster
Wendell W. Webster