IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> UNIVERSAL MUSIC GROUP, INC. ) <br> ) <br> and ) <br> ) <br> AMARU ENTERTAINMENT, INC., ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 07-cv-00714 (JDB/) |

## LISA J. SAVITT'S NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR DEFENDANTS UNIVERSAL MUSIC GROUP, INC. AND AMARU ENTERTAINMENT, INC.

PLEASE TAKE NOTICE THAT Lisa J. Savitt of the firm Akerman Senterfitt, 801 Pennsylvania Avenue, Suite 600, Washington, D.C. 20004 herewith withdraws as counsel for Defendants Universal Music Group, Inc. and Amaru Entertainment, Inc., in accordance with Local Rules 83.2(b) and 83.6 for the U.S. District Court for District of Columbia, and with the consent and approval of the Plaintiff. Donald David and Brian Bloom of Akerman Senterfitt will continue to represent Defendants Universal Music Group, Inc. and Amaru Entertainment, Inc.

/s/ Lisa J. Savitt
LISA J. SAVITT
DC Bar No. 434559
Akerman Senterfitt
801 Pennsylvania Ave., Suite 600
Washington, D.C. 20004
(202) 393-6222
(202) 393-5959 (Facsimile)

{DC015434;1}                                1

> DONALD DAVID
> D.C. Bar No. 514870
> BRIAN BLOOM, *pro hac vice*
> Akerman Senterfitt
> 335 Madison Ave., Suite 2600
> New York, NY 10017
> (917) 669-9755
> (917) 880-8965
>
> Attorneys for Defendants
> Universal Music Group, Inc. and
> Amaru Entertainment, Inc.

Dated: June 20, 2008
      Washington, D.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Withdrawal of Appearance as Counsel were served via first-class mail, postage prepaid, this 20th day of June 2008, upon the following:

Bradley Ashton Thomas
Law Offices of Bradley A. Thomas
1629 K Street, NW
Suite 300
Washington, DC  20006

Natalie M. Koss
Webster, Fredrickson, Henrichsen, Correia & Puth, PLLC
1775 K Street NW, Suite 600
Washington, DC  20006

_/s/ Lisa J. Savitt_
Lisa J. Savitt, Esq.

{DC015434;1}