**FILED**

**JUL 1 8 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WILLIAMS,<br><br>　　　　　*Plaintiff,*<br><br>-against-<br><br><br>UNIVERSAL MUSIC GROUP, INC.,<br>AMARU ENTERTAINMENT, INC.,<br>BULLSEYE RECORDS, INC., and<br>ROBERT B. CURINGTON,<br><br>　　　　　*Defendants.* | Civil Action No. 07 CV. 00714 (JDB)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS UMG RECORDINGS, INC. (SUED INCORRECTLY AS UNIVERSAL MUSIC GROUP, INC.) AND AMARU ENTERTAINMENT, INC.; AND [PROPOSED] COURT ORDER<br><br>Honorable John D. Bates, U.S.D.J. |

　　　IT IS HEREBY STIPULATED by, between, and among plaintiff Esther Williams ("Williams"), defendant UMG Recordings, Inc. (sued incorrectly as Universal Music Group, Inc.) ("UMG"), and defendant Amaru Entertainment, Inc. ("Amaru") only, through their designated counsel, that the claims of Williams be and hereby are dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1) as to defendants UMG and Amaru only. Williams, UMG and Amaru shall bear their own costs and attorney's fees.

　　　This stipulation of dismissal does not relate to or affect any claims which Williams may have against defendants Bullseye Records, Inc. or Robert B. Curington..

Dated: June 30, 2008　　　　Bradley A. Thomas, Esq. (D.C. Bar Number 362656)
　　　　　　　　　　　　　　THE LAW OFFICES OF BRADLEY A. THOMAS
　　　　　　　　　　　　　　1629K Street, N.W., Suite 300
　　　　　　　　　　　　　　Washington, D.C. 20006

{NY026052;5}　　　　　　　　1

Natalie Koss, Esq.
Wendell W. Webster, Esq.
WEBSTER, FREDERICKSON, HENRICHSEN, CORREIA & PUTH, P.L.L.C.
1775 K Street, NW, Suite 600
Washington, D.C. 20006

*/s/ Bradley A. Thomas*
Bradley A. Thomas, Esq.
Attorneys for Plaintiff Esther Williams

Dated: June 30, 2008

Donald N. David (D.C. Bar Number 584170)
AKERMAN SENTERFITT LLP
801 Pennsylvania Avenue N.W., Suite 600
Washington, DC 20004

Donald N. David, *pro hac vice*
Brian A. Bloom, *pro hac vice*
335 Madison Avenue, Suite 2600
New York, New York 10017

*/s/ Donald N. David*
Donald N. David (D.C. Bar Number 584170)
Attorneys for Defendants UMG Recordings, Inc. (sued incorrectly as Universal Music Group, Inc.) and Amaru Entertainment, Inc.

ORDER

IT IS SO ORDERED.

Dated: July 18, 2008

*/s/ John D. Bates*
The Honorable John D. Bates
UNITED STATES DISTRICT JUDGE