**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**ESTHER WILLIAMS,**

      **Plaintiff,**

      **v.**                              **Civil Action No.  07-714 (JDB)**

**ROBERT B. CURRINGTON,**

      **Defendant.**

### ORDER

Currently before the Court is [37] plaintiff Esther Williams's motion for default judgment against defendant Robert Currington filed pursuant to Fed. R. Civ. P. 55.  Less than a month after plaintiff's motion was filed, defendant Robert Currington, acting pro se, filed an answer to the amended complaint.  Since that time, the parties have been working toward a resolution of this matter, and settlement discussions remain ongoing.

Accordingly, upon a review of the entire record, it is hereby

**ORDERED** that [37] plaintiff Esther Williams's motion for default judgment against defendant Robert Currington is **DENIED** without prejudice.

**SO ORDERED**.

                                           ___/s/ John D. Bates___
                                              John D. Bates
                               United States District Judge

Date:  August 29, 2008