United States District Court

For the District of Colombia

Esther
~~Ester~~ Williams

Civil Action No. ~~07-719~~ 07-714 JDB

Plaintiff

V.

Universal Music Group Inc.. et

Al.

Defendants

MOTSON TO EXTEND TIME TO FILE DISPOSITIVE MOTION

1.      That on or around July 15, 2008, the defendant hired attorney Richard Gusler of Raleigh, North Carolina to do the dispositive motion as ordered on May 30, 2008.

2.      The council left for vacation in Europe indicating to defendants that he would complete the dispositive motion when he returned.

3.      On or around August 25, 2008, the defendant spoke with Attorney T. Resster and was advised that he would have the dispositive motion ready for filing by September 5, 2008.

4.      The Defendant has left repeatedly messages with attorney Rustler's office, but the Council has failed to contact the defendant and tried with no avail.

5.      The defendant has now hired attorney Anthony Van Zwaren of Newark, New Jersey to file the dispositive motion filed on May 30, 2008.

6.      Attorney Anthony Van Zwaren has advised the defendant that he will not be able to have the dispositive motion completed until or around October 20, 2008 because of a heavy trial calendar.

 Whereby the defendant prays to this Court that the motion to extend time to filed the dispositive motion he granted until October 31, 2008 for the reasons here above cited.

RECEIVED

SEP - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert Curington

PRO SE

1410 Rosewood St.

Durham NC, 27701

Phone # 919-687-0094

## CERTSFICATE OF SERVICE

Defendant hereby declares that he served the motion to extend time to file the dispositive motion

to the plaintiff on ___9/8/08___ by first-class mail.  Return receipt requested

<u>Robert Curington</u>

PRO SE

1410 Rosewood St.

Durham NC, 27701

Phone # 919-687-0094

United States District Court

For the District of Colombia

Ester Williams

Civil Action No. 07-714 (JDB)

Plaintiff

V.

Universal Music Group Inc. et

Al.

Defendants

ORDER

Pursuant to the order of filed on May 30, 2008, it is hereby ordered that the notion to extend time to file the dispositive motion ordered on May 30, 2008 to be granted until October 31, 2008.

_____

Judge